ACCEPTED
06-15-00037-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 10:36:20 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00037-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/24/2015 10:36:20 AM
DEBBIE AUTREY
Clerk

MICHAEL D. LEE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLANT

V.

THE ROGERS AGENCY, C. MICHAEL ROGERS
& NEW YORK LIFE INS. CO.. . . . . . . . . . . . . . . . . . . . . . . . . . . . APPELLEES

### MOTION TO EXTEND TIME FOR FILING
### BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

MICHAEL D. LEE, Appellant in the above styled and numbered cause, hereby moves the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file his brief. As grounds for such extension the Appellant would show unto the Court the following:

### I.

This is Appellant's first request for an extension of time in which to file his brief. Appellant's brief is due to be filed on September 24, 2015

### II.

Despite his best efforts to do so, the undersigned counsel for Appellant has been unable to adequately review the record and complete research necessary to

finalize Appellant's brief in this case by the due date because of other previously scheduled matters. Those matters include:

1. Serving as mediator in <u>Earline Lahman and Randy Lahman v. Cape Fox Corporation and Nationwide Provider Solutions, LLC</u>, Cause No. 84414 in the 62nd District Court of Lamar County, Texas;

2. Assisting in preparation of Respondents' Brief on the Merits in <u>Petrohawk Properties, L.P. and P-H Energy, L.L.C. v. Noel Diane Jones, et al</u>, No. 15-0200 in the Supreme Court of Texas;

3. Serving as court-ordered mediator in <u>Lullia Jones v. DFO, LLC and ToWIN 6656, LLC d/b/a Denny's</u>, Miller County Circuit Court No. 46CV-14-267-2; and

4. Preparation of the Brief of Appellant in <u>City National Bank of Sulphur Springs v. John Alexander Smith</u>, No. 06-15-00013-CV in this Court .

III.

Therefore, Appellant would request an extension of thirty (30) days in which to file his brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellant, MICHAEL D. LEE, prays that the time for filing his appellate brief be extended thirty (30) days until October 24, 2015.

Respectfully submitted,


  /s/ *John R. Mercy*

John R. Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX 75503
Telephone: (903) 794-9419
Facsimile: (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


James A. Holmes
Texas State Bar No. 00784290
THE LAW OFFICE OF JAMES HOLMES, PC
212 South Marshall
Henderson, TX 75654
Telephone: (903) 657-2800
Facsimile: (903) 657-2855
Email: jh@JamesHolmesLaw.com

ATTORNEYS FOR APPELLANT


## CERTIFICATE OF CONFERENCE

I have contacted, LaToyia Pierce, Attorney for Appellees, The Rogers Agency and C. Michael Rogers; and Andrew Jubinsky, Attorney for Appellee, New York Life Insurance Company, regarding the relief sought by this motion and each have no objection to the motion.

  /s/ *John R. Mercy*

John R. Mercy

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015, a true and correct copy of the foregoing *Motion to Extend Time for Filing Brief of Appellant* was served on all counsel of record for Appellees  by the Electronic Service Provider as follows:

Ms. LaToyia Pierce
WILSON, ELSER, MOSKOWITZ,
    EDLEMAN & DICKER LLP
4800 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: latoyia.pierce@wilsonelser.com

Mr. Andrew Jubinsky
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Dallas, TX 75202
Email: andy.jubinsky@figdav.com

　　　　　　　　　　　　　　　/s/ *John R. Mercy*
　　　　　　　　　　　　　　　John R.  Mercy